1  Stephen C. Chuck (SBN 119612)
   schuck@foleymansfield.com
2  Tiffany M. Birkett (SBN 222390)            JS-6
   tbirkett@foleymansfield.com
3  Victoria J. Tsoong (SBN 261862)
   vtsoong@foleymansfield.com
4  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800 Los Angeles, CA  90071
5  Telephone:   (213) 283-2100
   Facsimile:   (213) 283-2101
6
7  Attorneys for Defendant **ONEWEST BANK, FSB**

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| Sharell Matthews,<br><br>             Plaintiff,<br><br>     vs.<br><br>IndyMac Bank FSB; OneWest Bank, FSB; Fidelity Title Insurance Company; Mortgage Electronic Registration Systems, Inc.; Does 1-10, Inclusive,<br><br>             Defendants. | Case No:    CV 12-03298-R-E<br>*[Assigned to the Hon. Manuel L. Real, Courtroom 8]*<br><br>**ORDER GRANTING DEFENDANTS ONEWEST BANK, FSB'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         July 2, 2012<br>Time:        10:00 a.m.<br>Courtroom:  8<br><br>*[Motion to Dismiss; Request for Judicial Notice Filed Concurrently Herewith*<br><br>Complaint Filed:   November 03, 2011 |

        Defendants OneWest Bank, FSB's and Mortgage Electronic Registration Systems, Inc.'s, Motion to Dismiss came on regularly for hearing before the Hon. Manuel L. Real on July 2, 2012 at 10:00 a.m. in Courtroom 8 of the above-captioned court.  All appearances were noted for the record.

///

---

[PROPOSED] ORDER GRANTING DEFENDANTS ONEWEST BANK, FSB'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1 | The Court, having read, heard, and considered all of the oral and written arguments
2 | and evidence submitted by the parties, rules as follows:
3 | **IT IS HEREBY ORDERED** by this Court that Defendants OneWest Bank, FSB's
4 | and Mortgage Electronic Registration Systems, Inc.'s Motion is granted without leave
5 | to amend as to the entire complaint.

7 | Dated: _July 19, 2012_   _____
   | Hon. Manuel L. Real

2

[PROPOSED] ORDER GRANTING DEFENDANTS ONEWEST BANK, FSB'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT