1  Stephen C. Chuck (SBN 119612)
   schuck@foleymansfield.com
2  Tiffany M. Birkett (SBN 222390)                    JS-6
   tbirkett@foleymansfield.com
3  Victoria J. Tsoong (SBN 261862)
   vtsoong@foleymansfield.com
4  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800 Los Angeles, CA  90071
5  Telephone:   (213) 283-2100
   Facsimile:   (213) 283-2101
6
7  Attorneys for Defendant **ONEWEST BANK, FSB**

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| Sharell Matthews, | Case No:   CV 12-03298-R-E |
|---|---|
| Plaintiff, | *[Assigned to the Hon. Manuel L. Real, Courtroom 8]* |
| vs. | **ORDER GRANTING DEFENDANTS ONEWEST BANK, FSB'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| IndyMac Bank FSB; OneWest Bank, FSB; Fidelity Title Insurance Company; Mortgage Electronic Registration Systems, Inc.; Does 1-10, Inclusive, | |
| Defendants. | Date:    July 2, 2012<br>Time:    10:00 a.m.<br>Courtroom: 8 |
| | *[Motion to Dismiss; Request for Judicial Notice Filed Concurrently Herewith* |
| | Complaint Filed:   November 03, 2011 |

Defendants OneWest Bank, FSB's and Mortgage Electronic Registration Systems, Inc.'s, Motion to Dismiss came on regularly for hearing before the Hon. Manuel L. Real on July 2, 2012 at 10:00 a.m. in Courtroom 8 of the above-captioned court.  All appearances were noted for the record.

///

The Court, having read, heard, and considered all of the oral and written arguments and evidence submitted by the parties, rules as follows:

**IT IS HEREBY ORDERED** by this Court that Defendants OneWest Bank, FSB's and Mortgage Electronic Registration Systems, Inc.'s Motion is granted without leave to amend as to the entire complaint.

Dated: _July 19, 2012_        _____

                              Hon. Manuel L. Real

2

[PROPOSED] ORDER GRANTING DEFENDANTS ONEWEST BANK, FSB'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT